# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASAMA BRAND, individually and on behalf of all those similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>KSF ACQUISITION CORPORATION dba SLIMFAST, a Delaware Corporation,<br><br>                  Defendant. | Case No.: 22-cv-392-LAB-JLB<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On March 17, 2023, the Court granted Defendant KSF Acquisition Corporation's motion to dismiss, dismissing Plaintiff Kasama Brand's first amended complaint in its entirety. (Dkt. 15). The Court gave Brand until March 31, 2023 to file a motion for leave to amend her claims. (*Id.*). As of the date of this order, Brand hasn't yet filed such a motion.

Brand is **ORDERED TO SHOW CAUSE** by <u>**May 16, 2023**</u>, why this action shouldn't be dismissed with prejudice for failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962) (clarifying that district courts may act sua sponte to dismiss for failure to prosecute). She may do so by filing a motion for leave to amend accompanied by a motion for extension of time showing good

cause for the extension. If Brand fails to show cause as ordered, this action will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 9, 2023

_____
**Hon. Larry Alan Burns**
United States District Judge