# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASAMA BRAND, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KSF ACQUISITION CORPORATION dba SLIMFAST, a Delaware Corporation,<br><br>Defendant. | Case No.: 22-cv-392-LAB-JLB<br><br>**ORDER OF DISMISSAL** |

On May 30, 2023, Plaintiff Kasama Brand filed a motion to dismiss this action in its entirety with prejudice. (Dkt. 17). Brand represents Defendant KSF Acquisition Corporation has stipulated to the dismissal. Brand's motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this case are **DISMISSED WITH PREJUDICE**, and the action is **DISMISSED WITH PREJUDICE** in its entirety.

**IT IS SO ORDERED**.

Dated: May 31, 2023

_Larry A. Burns_
**Hon. Larry Alan Burns**
United States District Judge